UNITED STATES DISTRICT COURT                                    Revised 07/07 WDNY
~~WESTERN DISTRICT OF NEW YORK~~
_Southern District of Florida_

_Dashon Hines_                                  Jury Trial Demanded: Yes____ No __✓__

_____
**Name(s) of Plaintiff or Plaintiffs**

-vs-
_Miami Marlins_                                 **DISCRIMINATION COMPLAINT**
                                                 _8:23_ -CV- _421 KKM - AS_

_____
**Name of Defendant or Defendants**

You should attach a copy of your **original Equal Employment Opportunity Commission (EEOC) complaint**, a copy of the Equal Employment Opportunity Commission **decision, AND** a copy of the **"Right to Sue"** letter you received from the EEOC to this complaint. Failure to do so may delay your case.

**Note:** *Only those grounds raised in the charge filed with the Equal Employment Opportunity Commission can be considered by the federal district court under the federal employment discrimination statutes.*

This action is brought for discrimination in employment pursuant to *(check only those that apply)*:

__✓__ Title VII of the Civil Rights Act of 1964, as codified, 42 U.S.C. §§ 2000e to 2000e-17 (amended in 1972, 1978 and by the Civil Rights Act of 1991, Pub.L.No. 102-166) (race, color, gender, religion, national origin).
  **NOTE:** In order to bring suit in federal district court under Title VII, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

_____ Age Discrimination in Employment Act of 1967, as codified, 29 U.S.C. §§ 621-634 (amended in 1984, 1990, and by the Age Discrimination in Employment Amendments of 1986, Pub.L.No. 99-592, the Civil Rights Act of 1991, Pub.L.No. 102-166).
  **NOTE:** In order to bring suit in federal district court under the Age Discrimination in Employment Act, you **must first file charges** with the Equal Employment Opportunity Commission.

_____ Americans with Disabilities Act of 1990, as codified, 42 U.S.C. §§ 12112-12117 (amended by the Civil Rights Act of 1991, Pub.L.No. 102-166).
  **NOTE:** In order to bring suit in federal district court under the Americans with Disabilities Act, you **must first obtain a right to sue letter** from the Equal Employment Opportunity Commission.

**JURISDICTION** is specifically conferred upon this United States District Court by the aforementioned statutes, as well as 28 U.S.C. §§ 1331, 1343. Jurisdiction may also be appropriate under 42 U.S.C. §§ 1981, 1983 and 1985(3), as amended by the Civil Rights Act of 1991, Pub.L.No. 102-166, and any related claims under New York law.

**In addition to the federal claims indicated above**, you may wish to include New York State claims, pursuant to 28 U.S.C. § 1367(a).

_____  New York State Human Rights Law, N.Y. Exec. Law §§ 290 to 297 (age, race, creed, color, national origin, sexual orientation, military status, sex, disability, predisposing genetic characteristics, marital status).

## PARTIES

1. My address is: 124 Fulton Street #5C
   Buffalo New York 14204

   My telephone number is: 518-616-6416

2. The name of the employer(s), labor organization, employment agency, apprenticeship committee, state or local government agency who I believe discriminated against me is/are as follows:

   Name: Conduct Detrimental

   Number of employees: 10

   Address: 501 Marlins Way
   Miami, FL 33125

3. (If different than the above), the name and/or the address of the defendant with whom I sought employment, was employed by, received my paycheck from or whom I believed also controlled the terms and conditions under which I were paid or worked. (For example, you worked for a subsidiary of a larger company and that larger company set personnel policies and issued you your paycheck).

   Name: _____

   Address: _____

## CLAIMS

4. I was first employed by the defendant on (date): September 16, 2022

2

5. As nearly as possible, the date when the first alleged discriminatory act occurred is: _____
   _September 11, 2022_____

6. As nearly as possible, the date(s) when subsequent acts of discrimination occurred (if any did): _September 11, 2022_____
   _____
   _____

7. I believe that the defendant(s)

   a. _____    Are still committing these acts against me.
   b. _____    Are not still committing these acts against me.
   (Complete this next item **only** if you checked "b" above)  The last discriminatory act against me occurred on (date) _September 11, 2022_____
   _____

8. (Complete this section **only** if you filed a complaint with the New York State Division of Human Rights)

   The date when I filed a complaint with the New York State Division of Human Rights is _____
   _ (estimate the date, if necessary)

   I filed that complaint in (identify the city and state): _____
   _____

   The Complaint Number was: _____

9. The New York State Human Rights Commission did _____ /did not _____ issue a decision. (**NOTE:** If it **did** issue a decision, you **must** attach one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

10. The date (if necessary, estimate the date as accurately as possible) I filed charges with the Equal Employment Opportunity Commission (EEOC) regarding defendant's alleged discriminatory conduct is: _____

11. The Equal Employment Opportunity Commission did _____ /~~did not~~ _____ issue a decision. (**NOTE:** If it **did** issue a decision, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

12. The Equal Employment Opportunity Commission issued the attached Notice of Right to Sue letter which I received on: _September 20, 2022_. (**NOTE:** If it

3

**did** issue a Right to Sue letter, you **must attach** one copy of the decision to **each** copy of the complaint; failure to do so will delay the initiation of your case.)

13. I am complaining in this action of the following types of actions by the defendants:

   a. _____ Failure to provide me with reasonable accommodations to the application process

   b. _____ Failure to employ me

   c. ✓ Termination of my employment

   d. _____ Failure to promote me

   e. _____ Failure to provide me with reasonable accommodations so I can perform the essential functions of my job

   f. _____ Harassment on the basis of my sex

   g. _____ Harassment on the basis of unequal terms and conditions of my employment

   h. ✓ Retaliation because I complained about discrimination or harassment directed toward me

   i. _____ Retaliation because I complained about discrimination or harassment directed toward others

   j. _____ Other actions (please describe) _____
   _____
   _____

14. Defendant's conduct is discriminatory with respect to which of the following *(check all that apply)*:

   a. _____ Race

   b. _____ Color

   c. _____ Sex

   d. _____ Religion

   e. _____ National Origin

   f. _____ Sexual Harassment

   g. _____ Age
   _____ Date of birth

   h. _____ Disability
   Are you incorrectly perceived as being disabled by your employer?
   ___ yes ___ no

15. I believe that I was ✓ /was not _____ **intentionally** discriminated against by the defendant(s).

4

16. I believe that the defendant(s) is/are __✓__ is not/are not _____ still committing these acts against me. (If you answer is that the acts are not still being committed, state when: _____ and why the defendant(s) stopped committing these acts against you: _____
_____

17. **A copy of the charge to the Equal Employment Opportunity Commission is attached to this complaint and is submitted as a brief statement of the facts of my claim.** (NOTE: You **must** attach a copy of the **original complaint** you filed with the Equal Employment Opportunity Commission and a copy of the **Equal Employment Opportunity Commission affidavit** to this complaint; failure to do so will delay initiation of your case.)

18. The Equal Employment Opportunity Commission *(check one)*:
    _____ **has not** issued a Right to sue letter
    __✓__ **has** issued a Right to sue letter, which I received on September 20, 2022

19. State here as briefly as possible the *facts* of your case. Describe how each defendant is involved, including *dates* and *places*. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. *(Use as much space as you need. Attach extra sheets if necessary.)*
    On September 22, 2022, the defendants published an article which stated: "Ousted Sabres Employee Files Complaint for Employment. 5 days ago - Plaintiff Dashon Hines filed a complaint against the NHL on Friday, September 16th claiming employment discrimination pursuant to Title VII."
    _____
    _____
    _____

**FOR LITIGANTS ALLEGING AGE DISCRIMINATION**

20. Since filing my charge of age discrimination with the Equal Employment Opportunity Commission regarding defendant's alleged discriminatory conduct
    _____ 60 days or more have elapsed   __✓__ less than 60 days have elapsed

**FOR LITIGANTS ALLEGING AN AMERICANS WITH DISABILITIES ACT CLAIM**

21. I first disclosed my disability to my employer (or my employer first became aware of my disability on _____

22. The date on which I first asked my employer for reasonable accommodation of my disability is _____
_____

23. The reasonable accommodations for my disability (if any) that my employer provided to me are: _____
_____
_____
___

24. The reasonable accommodation provided to me by my employer were _____/were not _____ effective.

**WHEREFORE**, I respectfully request this Court to grant me such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

Dated: 9/24/22                    _____

                                              Plaintiff's Signature

6